Conor T. Lutkewitte (Texas Bar No. 24127664)
David F. Waguespack (*pro hac vice* pending)
Louisiana Bar No. 21121
**CARVER, DARDEN, KORETZKY, TESSIER**
**FINN, BLOSSMAN & AREAUX, L.L.C.**
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
Email: lutkewitte@carverdarden.com
        waguespack@carverdarden.com

*Counsel for Hancock Whitney Bank*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | * | Case No. 25-32572-mvl11 |
| **Classic Recreations – Texas, LLC** | * | |
| **Debtor**, | * | Chapter 11 |

___

### MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Creditor, Hancock Whitney Bank ("HWB") respectfully moves this Court for leave to proceed without local counsel who resides within 50 miles of the Court as more fully set forth in the Memorandum in Support of its Motion for Leave to Proceed Without Local Counsel filed herewith.

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC

By:    /s/ David F. Waguespack
        DAVID F. WAGUESPACK (*pro hac vice* pending)
        Louisiana Bar No. 21121
        CONOR T. LUTKEWITTE (Texas Bar No. 24127664)
        1100 Poydras Street, Suite 3100
        New Orleans, Louisiana 70163
        Email: lutkewitte@carverdarden.com

1

Email: waguespack@carverdarden.com
Telephone: (504) 585-3814
Fax: (504) 585-3801

*Counsel for Hancock Whitney Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 14th day of July, 2025.

/s/ David F. Waguespack
DAVID F. WAGUESPACK

4915-5858-7989, v. 1