| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Classic Recreations - Texas, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | 25-32572 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brothers Composites LLC<br>332 S. Business Park Dr.<br>Oostburg, WI 53070 | | Vendor | | | | $128,881.00 |
| Innovation Refunds<br>4350 Westown Pkwy, Ste. 300<br>West Des Moines, IA 50266 | | Services Provided | | | | $111,181.28 |
| PC Bennett Solutions<br>1910 Firman Dr. #100<br>Richardson, TX 75081 | | | | | | $66,000.39 |
| Scheef & Stone, LLP<br>500 N. Akard St., Ste. 2700<br>Dallas, TX 75201 | | Services Provided | | | | $63,564.58 |
| Ford Performance<br>Dept CH 41417<br>FCSD-ICC<br>Palatine, IL 60055-4147 | | Vendor | | | | $58,054.37 |
| English Color and Supply, LLC<br>810 N. Grove Rd.<br>Richardson, TX 75081 | | Vendor | | | | $18,192.57 |
| American Express Bank, N.A.<br>200 Vesey Street<br>New York, NY 10285 | | Credit Card | | | | $15,893.45 |
| Ultimate Headers<br>82 Helwig St.<br>Berea, OH 44017 | | Goods Provided | | | | $12,000.00 |

Debtor  Classic Recreations - Texas, LLC                          Case number (if known)  25-32572
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VMP Performance<br>170 South SR 415<br>New Smyrna Beach, FL 32168 | | | | | | $8,696.59 |
| Atech Motorsports<br>1200 Southeast Ave.<br>Tallmadge, OH 44278 | | Vendor | | | | $8,377.46 |
| CoServ<br>P.O. Box 734803<br>Dallas, TX 75373-4803 | | | | | | $7,455.54 |
| Denton County Tax Assessor<br>P.O. Box 90223<br>Denton, TX 76202 | | Personal Property Tax | | | | $5,630.73 |
| House of Edits<br>12604 Clarksburg Trail<br>Keller, TX 76244 | | Services Provided | | | | $5,000.00 |
| Cars by Kris LLC<br>206 Chaco Canyon Dr.<br>Henderson, NV 89074 | | Vendor | | | | $5,000.00 |
| Benjamin Joseph Cooper<br>1224 Richland Oaks Dr.<br>Richardson, TX 75081 | | | | | | $5,000.00 |
| Simon Brown<br>1133 5th Ave., Apt 3<br>New York, NY 10128 | | Warranty | | | | $4,000.00 |
| LGC Plumbing Inc.<br>2612 National Cir, Ste. 100<br>Garland, TX 75041 | | Services Provided | | | | $3,366.36 |
| English Collision Equipment<br>P.O. Box 650823<br>Dallas, TX 75265 | | Vendor | | | | $3,135.05 |
| Brandy Felts<br>12033 Anderson Rd.<br>Spring Hope, NC 27882 | | Warranty | | | | $2,925.00 |
| DBT Marketing<br>41 Balsam St.<br>Markham, Ontario L6B 0P5 | | | | | | $2,000.00 |