James T. Grogan
Jared R. Weir
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600

- and -

Kristen M. Jacobsen (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> CLASSIC RECREATIONS – TEXAS, LLC[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-32572-mvl11V <br><br> Subchapter V |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Rammjaeger, LLC and John Gibson ("Rammjaeger and Gibson"), pursuant to Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications,

---

[1] The Debtor in this chapter 11 subchapter V bankruptcy case, along with the last four digits of its federal tax identification number is: Classic Recreations – Texas, LLC (4967). The Debtor's mailing address is: 3151 Justin Road, Flower Mound, Texas 75028.

presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case be transmitted to:

| | |
|---|---|
| James T. Grogan<br>Jared R. Weir<br>**GREENBERG TRAURIG, LLP**<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Telephone: (214) 665-3600<br>Facsimile: (214) 665-3601<br>Email: *James.Grogan@gtlaw.com*<br>Email: *Jared.Weir@gtlaw.com* | Kristen M. Jacobsen<br>**GREENBERG TRAURIG, LLP**<br>1000 Louisiana Street, Suite 6700<br>Houston, Texas 77002<br>Telephone: (713) 374-3500<br>Facsimile: (713) 374-3505<br>Email: *Kristen.Jacobsen@gtlaw.com* |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes without limitation the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, Court or judge in connection with, and with regard to these cases and any proceeding related thereto, as well as the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Rammjaeger and Gibson to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for

any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly preserved and reserved.

Dated July 18, 2025                  **GREENBERG TRAURIG, LLP**

By: */s/ James T. Grogan*
James T. Grogan
*James.Grogan@gtlaw.com*
Texas State Bar No.
Jared Weir
*Jared.Weir@gtlaw.com*
Texas State Bar No. 24075253
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone:   (214) 665-3600
Facsimile:    (214) 665-3601

-and-

Kristen M. Jacobsen (*pro hac vice* forthcoming)
*Kristen.Jacobsen@gtlaw.com*
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone:   (713) 374-3500
Facsimile:    (713) 374-3501

***Counsel for Rammjaeger LLC and John Gibson***

## CERTIFICATE OF SERVICE

    I certify that on July 18, 2025, the foregoing document was served via ecf electronic filing which sends notification of such filings to those parties receiving electronic notification.

                              */s/ James T. Grogan*
                              James T. Grogan