Sean R. Looney
State Bar No. 24050949
Email: slooney@canteyhanger.com
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@canteyhanger.com
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Phone: 817-877-2800
Fax: 817-877-2807

**COUNSEL TO**
**MARK ATWILL-MORIN**

**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE NORTHERN DISTRICT OF**
**TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § | CHAPTER 11 |
| | § | |
| CLASSIC RECREATIONS – TEXAS, LLC [1] | § | CASE NO. 25-32572-mvl11V |
| | § | |
| Debtor. | § | Subchapter V |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OF CANTEY HANGER LLC AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

Cantey Hanger LLP hereby files its *Notice of Appearance and Request for Service of Notices and Pleadings* (the "Notice of Appearance") as counsel for Creditor Mark Atwill-Morin ("Creditor"), pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure. Creditor requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the debtor, be served on it at the following address:

---

[1] The Debtor in this chapter 11 subchapter V bankruptcy case, along with the last four digits of its federal tax identification number is: Classic Recreations – Texas, LLC (4967). The Debtor's mailing address is: 3151 Justin Road, Flower Mound, Texas 75028.

Sean R. Looney
State Bar No. 24050949
Email: slooney@canteyhanger.com
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@canteyhanger.com

**CANTEY HANGER LLP**
600 West 6th Street,
Suite 300 Fort Worth,
Texas 76102
Phone: 817-877-2800
Fax: 817-877-2807

Further, Creditor's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraphy, telecopy, telex, or otherwise.

Further, this Notice of Appearance is not intended to be, and shall not constitute, a consent by Creditor to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of Creditor's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv)

other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated: July 22, 2025
       Fort Worth, Texas

Respectfully submitted,

*/s/ Sean R. Looney*
Sean R. Looney
State Bar No. 24050949
Email: slooney@canteyhanger.com

Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@canteyhanger.com

**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-877-2800
Fax: 817-877-2807

**COUNSEL TO
MARK ATWILL-MORIN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2025, a true and correct copy of the foregoing document was served electronically by the Court's PACER system on all parties who have entered their appearance in this chapter 11 proceeding.

*/s/ Emily M. Campbell*
Emily Campbell