| Fill in this information to identify the case: |
|---|

Debtor name    Classic Recreations - Texas, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-32572

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $       1,026,765.81

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $       1,026,765.81

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $       2,001,018.79

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................    $          12,075.49

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............    +$       1,320,858.36

4.    Total liabilities .............................................................................................................
   Lines 2 + 3a + 3b          $       3,333,952.64

| Fill in this information to identify the case: |
| --- |

Debtor name    Classic Recreations - Texas, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-32572

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | Frost Bank | Checking | 5477 | $38,606.07 |
| 3.2. | Frost Bank | Checking | 0475 | $7,817.78 |
| 3.3. | Frost Bank | Checking | 0483 | $3,809.31 |
| 3.4. | Frost Bank | Checking | 0883 | $102,998.59 |
| 3.5. | Frost Bank | Checking | 0491 | $0.56 |
| 3.6. | Frost Bank | | 0505 | $0.00 |

| Debtor | Classic Recreations - Texas, LLC | | Case number *(If known)*  25-32572 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.7. | Hancock Whitney | Checking | 9286 | $183.50 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**  $153,415.81

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 188,600.00 | - | 50,000.00 | = .... | $138,600.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**  $138,600.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:   Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Sheet Metal | | $0.00 | FMV | $10,000.00 |
| | Automobile Parts | | $0.00 | FMV | $75,000.00 |
| 20. | **Work in progress** Work in Progress | | $0.00 | Liquidation | Unknown |

| Debtor | Classic Recreations - Texas, LLC | | Case number *(If known)* 25-32572 | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Al Fahim - Model: Ford Boss 429 / VIN#: 1306 | | $0.00 | Unknown |
| AlBaker - Model: Carbon Edtion / VIN#: 3105 | | $0.00 | Unknown |
| Algosaibi - Model: 900s / VIN#: 9282 | | $0.00 | Unknown |
| Alphalog Fahim - Model: Carbon Edition / VIN#: 2543 | | $0.00 | Unknown |
| Altinor - Model: 545 / VIN#: 8647 | | $0.00 | Unknown |
| Anderson - Model: 900c CF / VIN#: N/A | | $0.00 | Unknown |
| Atwill-Morin - Model: 545 / VIN#: N/A | | $0.00 | Unknown |
| Bavry - Model: Carbon Edition / VIN#: 3035 | | $0.00 | Unknown |
| Bayless - Model: Ford Boss 429 / VIN#: 3906 | | $0.00 | Unknown |
| Bayless - Model: Convertible 900s / VIN#: N/A | | $0.00 | Unknown |
| Blechinger - Model: CR1 Camaro / VIN#: 2118 | | $0.00 | Unknown |
| Bumstead - Model: Ford 1969 Fastback Hitman / VIN#: N/A | | $0.00 | Unknown |
| Castro, E. - Model: 545 CF / VIN#: 5765 | | $0.00 | Unknown |
| Castro, R. - Model: 545 CF / VIN#: 6015 | | $0.00 | Unknown |
| Chamandy - Model: 545 / VIN#: N/A | | $0.00 | Unknown |

Debtor    Classic Recreations - Texas, LLC
          Name                                          Case number *(If known)*  25-32572

| | | | |
|---|---|---|---|
| Dimov - Model: Carbon Edition / VIN#: N/A | | $0.00 | Unknown |
| Dimov - Model: Carbon Edition / VIN#: 7552 | | $0.00 | Unknown |
| Dominique - Model: 545 / VIN#: N/A | | $0.00 | Unknown |
| Egipciaco - Model: 545 CF / VIN#: 5194 | | $0.00 | Unknown |
| Elshaarawy - Model: Carbon Edition / VIN# 5765 | | $0.00 | Unknown |
| Exclusive #1 - Model: Carbon Edition / VIN# N/A | | $0.00 | Unknown |
| Exclusive #2 - Model: Carbon Edition / VIN# N/A | | $0.00 | Unknown |
| Finnell - Model: 545 / VIN# N/A | | $0.00 | Unknown |
| Flores - Model: 545 / VIN# N/A | | $0.00 | Unknown |
| Fomby - Model: 900c / VIN# N/A | | $0.00 | Unknown |
| Gandhi - Model: Mach 1 / VIN# 2057 | | $0.00 | Unknown |
| Gevorgyan - Model: Carbon Edition / VIN# 4862 | | $0.00 | Unknown |
| Gibson - Model: 900c / VIN# N/A | | $0.00 | Unknown |
| Gigowski - Model: 900c CF / VIN# N/A | | $0.00 | Unknown |
| Godenzi - Model: 900c CF / VIN# 3035 | | $0.00 | Unknown |

Debtor    Classic Recreations - Texas, LLC                    Case number *(If known)*  25-32572
_____
Name

| | | | |
|---|---|---|---|
| Gorman - Model: Villain / VIN# N/A | | $0.00 | Unknown |
| Griffin - Model: 1967/68 CF GT500CR AHA Edition, Cabon Edition / VIN# N/A | | $0.00 | Unknown |
| Hardwick - Model: 545 CF / VIn# N/A | | $0.00 | Unknown |
| Harris - Model: Carbon Edition / VIn# N/A | | $0.00 | Unknown |
| Huff- Model:  1967 CF GT500CR 545 / VIn# N/A | | $0.00 | Unknown |
| Illig - Model: 900c CF / VIN# N/A | | $0.00 | Unknown |
| Jackson - Model: 545 CF / VIN# N/A | | $0.00 | Unknown |
| Johnson - Model: Carbon Edition / VIN# N/A | | $0.00 | Unknown |
| Kohli - Model: 545 / VIN# 3077 | | $0.00 | Unknown |
| Lampart - Model: Classic GT500CR / VIN# 2735 | | $0.00 | Unknown |
| Larson - Model: Cobra CSX Diamond / VIN# N/A | | $0.00 | Unknown |
| Lugo - Model: 1968 GT500 545 / VIN# 9786 | | $0.00 | Unknown |
| Mansur - Model: Hitman / VIN# 9297 | | $0.00 | Unknown |
| Martin - Model: GT500 545 Convertible / VIN# 5944 | | $0.00 | Unknown |
| Martinez - Model: CF 900c / VIN# N/A | | $0.00 | Unknown |

| Debtor | Classic Recreations - Texas, LLC | | Case number *(If known)* 25-32572 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| McNay - Model: 900s / VIN# N/A | | $0.00 | Unknown |
| McPherson - Model: Convertible 545 / VIN# 5630 | | $0.00 | Unknown |
| Needham - Model: 1967/68 CF GT500 CR / VIN# N/A | | $0.00 | Unknown |
| Nitsche - Model: 545 / VIN# N/A | | $0.00 | Unknown |
| Olsen - Model: GT500 545 CF / VIN# N/A | | $0.00 | Unknown |
| Pierre - Model: Carbon Edition / VIN# 2735 | | $0.00 | Unknown |
| Qarajouli - Model: 900s CF / VIN# N/A | | $0.00 | Unknown |
| Ralston - Model: 900c CF GT500 / VIN# N/A | | $0.00 | Unknown |
| Rees - Model: 900c CF / VIN# N/A | | $0.00 | Unknown |
| Reichman - Model: Carbon Edition / VIN# N/A | | $0.00 | Unknown |
| Robinson - Model: 545 CF / VIN# N/A | | $0.00 | Unknown |
| Spasov - Model: 1967/68 545 CF/ VIN# N/A | | $0.00 | Unknown |
| Steyn - Model: 900s / VIN# N/A | | $0.00 | Unknown |
| Talley - Model: Mach 1 Hitman / VIN# N/A | | $0.00 | Unknown |
| Tavros - Model: Hitman / VIN# N/A | | $0.00 | Unknown |

Debtor    Classic Recreations - Texas, LLC                    Case number *(if known)*  25-32572
_____
Name

| | | | |
|---|---|---|---|
| Thompson - Model: Cobra CSX Diamond / VIN# N/A | | $0.00 | Unknown |
| Tinker - Model: 1970 CR Charger / VIN# N/A | | $0.00 | Unknown |
| Tolonen - Model: 350GT Pro / VIN# N/A | | $0.00 | Unknown |
| Topiwala- Model: 545 CF / VIN# N/A | | $0.00 | Unknown |
| Tran - Model: 545 CF / VIN# N/A | | $0.00 | Unknown |
| Vera - Model: 900s / VIN# 4018 | | $0.00 | Unknown |
| Vintage - Model: Carbon Edition / VIN# N/A | | $0.00 | Unknown |
| Wilson - Model: Carbon Edition / VIN# N/A | | $0.00 | Unknown |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| 1968 Ford Coupe (2) | | $0.00 | FMV | $8,000.00 |
| 1966 Ford Coupe (3) | | $0.00 | FMV | $7,500.00 |
| 1965 Mustang Coupe (2) | | $0.00 | FMV | $5,000.00 |
| 1970 Ford Bronco | | $0.00 | FMV | $5,000.00 |
| 1970 Ford Coupe (3) | | $0.00 | FMV | $12,000.00 |
| 1976 Ford Bronco | | $0.00 | FMV | $5,000.00 |
| 1969 Dodge Charger | | $0.00 | FMV | $30,000.00 |
| 1980 Scout | | $0.00 | FMV | $10,000.00 |

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.

       $167,500.00

| Debtor | Classic Recreations - Texas, LLC | Case number *(if known)* | 25-32572 |
|---|---|---|---|
| | Name | | |

24. **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☑ Yes. Book value    18,000.00    Valuation method    Cost    Current Value    18,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture | $0.00 | FMV | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment | $0.00 | FMV | $7,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                 $17,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ☑ Yes Fill in the information below.

Debtor    Classic Recreations - Texas, LLC                              Case number *(If known)*  25-32572
_____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  2016 Dodge Ram 1500 | $0.00 | FMV | $10,000.00 |
| 47.2.  Two Car Trailer - VIN#<br>13SCG4835H1CA1632 | $0.00 | FMV | $15,000.00 |
| 47.3.  2018 Ford F-350 - VIN#<br>1FT8W3DT0JEB49794 | $0.00 | FMV | $18,000.00 |

**48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| Tools | $0.00 | FMV | $50,000.00 |
| Shipping Containers (4) | $0.00 | FMV | $4,300.00 |
| Spot Welder PR-10 | $0.00 | FMV | $1,500.00 |
| Automative Rotisserie (2) | $0.00 | FMV | $1,600.00 |
| Air Compressors (5) | $0.00 | FMV | $3,750.00 |
| Racks (88) | $0.00 | FMV | $17,600.00 |
| Paint Booth with Mixing Station (4) | $0.00 | FMV | $60,000.00 |
| Toyota Fork Lift | $0.00 | FMV | $4,000.00 |
| Automobile Lifts (13) | $0.00 | FMV | $24,000.00 |

**51.  Total of Part 8.**                                                                    $209,750.00
Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Classic Recreations - Texas, LLC | Case number *(If known)* | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** Shelby American License | $0.00 | FMV | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**    |    $0.00

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

| Debtor | Classic Recreations - Texas, LLC | Case number *(If known)* | 25-32572 |
|---|---|---|---|
| | Name | | |

| ERC Credit | Tax year | $200,000.00 |
|---|---|---|

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Itria Ventures LLC
c/o Constantine Z. Pamphilis
Kasowitz LLP
1633 Broadway
New York, NY
10019-6799                                                                                    Unknown

| **Nature of claim** | Usury, Breach of Contract, Declaratory Judgment |
|---|---|
| **Amount requested** | $0.00 |

Retail Capital LLC d/b/a Credibly
1501 Fountainhead Pkwy, Suite 630
Tempe, AZ 85282                                                                              Unknown

| **Nature of claim** | Usury, Breach of Contract, Declaratory Judgment |
|---|---|
| **Amount requested** | $0.00 |

Jason Engel
13212 Knight Island Dr.
Oklahoma City, OK 73142                                                                  Unknown

| **Nature of claim** | Breach of Contract and Business Torts |
|---|---|
| **Amount requested** | $0.00 |

Jerry D Rudisill
404 Cedarburg Court
Yukon, OK 73099                                                                            Unknown

| **Nature of claim** | Breach of Contract and Business Torts |
|---|---|
| **Amount requested** | $0.00 |

Brian Leonard
1793 Circle Creek Dr.
Lewisville, Texas 75067                                                                    $135,000.00

| **Nature of claim** | Embezzlement |
|---|---|
| **Amount requested** | $0.00 |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Marketing Assets                                                                          $5,000.00

| Debtor | Classic Recreations - Texas, LLC | Case number *(If known)* | 25-32572 |
|--------|-----------------------------------|--------------------------|----------|
|        | Name                              |                          |          |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$340,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | Classic Recreations - Texas, LLC | Case number *(If known)* | 25-32572 |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $153,415.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $138,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $167,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $209,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $340,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,026,765.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,026,765.81 |

| Fill in this information to identify the case: |
|---|

Debtor name    Classic Recreations - Texas, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-32572

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Hancock Whitney Bank

Creditor's Name

Dallas Div - Comml - MSB
3200 Kirby Drive, Ste. 100
Houston, TX 77098

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0989

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Column A: $1,077,116.74    Column B: $1,550,000.00

---

**2.2** Itria Ventures LLC

Creditor's Name

c/o David J. Abrams
Kasowitz LLP
1633 Broadway
New York, NY 10019-6799

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $642,075.00    Column B: $1,550,000.00

---

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 2

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | Retail Capital LLC d/b/a Credibly | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $281,827.05 | $1,550,000.00 |
| | 1501 Fountainhead Pkwy, Suite 630 Tempe, AZ 85282 | All Assets | | |
| | Creditor's mailing address | | | |

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
8008

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,001,018.79 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Neale A. Shields Law Offices of Neale Shields P.O. Box 397 New Summerfield, TX 75780 | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name    Classic Recreations - Texas, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-32572

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alfred Walker<br>501 Highland Dr. #335<br>Lewisville, TX 75067 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,309.56 | $2,309.56 |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Denton County Tax Assessor<br>P.O. Box 90223<br>Denton, TX 76202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,630.73 | $5,630.73 |
| | Date or dates debt was incurred | Basis for the claim:<br>Personal Property Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,566.08 | $2,566.08 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
Robert Dyess
1709 Carlton St.
Denton, TX 76201

As of the petition filing date, the claim is: $2,566.08    $2,566.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
Schyler Burns
314 Private Road 4823
Rhome, TX 76078

As of the petition filing date, the claim is: $1,569.12    $1,569.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Airco Gases Southwest
1811 Shady Oaks Dr. #100
Denton, TX 76205

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $261.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $83.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Allen Bavry
3211 E. Forrest Lake Dr.
Sarasota, FL 34232

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.4**

**Nonpriority creditor's name and mailing address**
Alphalog Corp.
c/o Bruno Silva
14850 SW 135th St.
Miami, FL 33196

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.5**

**Nonpriority creditor's name and mailing address**
American Express Bank, N.A.
200 Vesey Street
New York, NY 10285

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3003

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

$3,379.94

---

**3.6**

**Nonpriority creditor's name and mailing address**
American Express Bank, N.A.
200 Vesey Street
New York, NY 10285

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4000

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

$17,557.22

---

**3.7**

**Nonpriority creditor's name and mailing address**
Andrew Talley
44 Stafford
Ruby Bay, Tasman, New Zealand

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
Arthur McPherson
10180 S. Tropical Trail
Merritt Island, FL 32952

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.9**

**Nonpriority creditor's name and mailing address**
AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Atech Motorsports
1200 Southeast Ave.
Tallmadge, OH 44278

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$8,377.46

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
Atmos Energy
P.O. 740353
Cincinnati, OH 45274

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility

Is the claim subject to offset? ☐ No ☐ Yes

$1,800.00

---

**3.12** | Nonpriority creditor's name and mailing address
Be Cool, Inc.
903 Woodside Ave.
Essexville, MI 48732

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,709.97

---

**3.13** | Nonpriority creditor's name and mailing address
Belmar Estates Realtors
c/o Kory Jackson
8010 Bell Crest Drive
Los Angeles, CA 90045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.14** | Nonpriority creditor's name and mailing address
Benjamin Bayless
961 Buddy Williamson Rd.
New Market, AL 35761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.15** | Nonpriority creditor's name and mailing address
Benjamin Joseph Cooper
1224 Richland Oaks Dr.
Richardson, TX 75081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$5,000.00

---

**3.16** | Nonpriority creditor's name and mailing address
Benn Godenzi
350 Clinton Street, Ste. F
Costa Mesa, CA 92626

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.17** | Nonpriority creditor's name and mailing address
Brandy Felts
12033 Anderson Rd.
Spring Hope, NC 27882

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Warranty

Is the claim subject to offset? ■ No ☐ Yes

$2,925.00

---

| Debtor | Classic Recreations - Texas, LLC | | Case number (if known) | 25-32572 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Brian Illig
16103 Spyglass Court
Belton, MO 64012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Brian Lugo
812 Fremont #205
South Pasadena, CA 91030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Brody Robinson
3645 W. 100th St.
Layton, UT 84041

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131,481.00 |
|---|---|---|---|

Brothers Composites LLC
332 S. Business Park Dr.
Oostburg, WI 53070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

Brown Simon
1133 5th Ave Apt 3 & 4
New York, NY 10128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty Reimbursement

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Bryan Huff
16017 King Street
Overland Park, KS 66221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,800.00 |
|---|---|---|---|

Bryan Stone
9455 Estate Ln
Dallas, TX 75238

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.25**

Nonpriority creditor's name and mailing address
Bryce Olson
6014 45th St.
Lubbock, TX 79407

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.26**

Nonpriority creditor's name and mailing address
Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Is the claim subject to offset? ☑ No ☐ Yes

$37.98

---

**3.27**

Nonpriority creditor's name and mailing address
Cars by Kris LLC
206 Chaco Canyon Dr.
Henderson, NV 89074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset? ☑ No ☐ Yes

$5,000.00

---

**3.28**

Nonpriority creditor's name and mailing address
Chase Bank
9200 Oakdale Ave.
Chatsworth, CA 91311

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Is the claim subject to offset? ☑ No ☐ Yes

$1,111.00

---

**3.29**

Nonpriority creditor's name and mailing address
Chris Bumstead
5488 SW Landing Creek Dr.
Palm City, FL 34990

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.30**

Nonpriority creditor's name and mailing address
Christian Gorman
2515 NE Evinrude Circle
Jensen Beach, FL 34957

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.31**

Nonpriority creditor's name and mailing address
Clint Griffin
25 Bodrington Ct.,
Ontario, Canada, L6G 1B6

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,865.55**

CoServ
P.O. Box 734803
Dallas, TX 75373-4803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Dan Tinker
4801 Lindhurst Ave.
Dallas, TX 75229

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

DBT Marketing
41 Balsam St.
Markham, Ontario L6B 0P5

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,630.73**

Denton County Tax Assessor
P.O. Box 90223
Denton, TX 76202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Domingue Enterprises
c/o Kevin Domingue
623 S. Chestnut St.
Tomball, TX 77375

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.16**

Edelbrock LLC
8649 Hacks Cross Rd.
Olive Branch, MS 38654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,135.05**

English Collision Equipment
P.O. Box 650823
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,401.58

English Color and Supply, LLC
810 N. Grove Rd.
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Eric Castro
800 S. Pointe Dr., Apt 604
Miami Beach, FL 33139

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Exclusive Autowerks
2026 W. Vista St., Ste. E
Springfield, MO 65807

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Fahri Altinor
Resat Kuyumcu Ziya Rizki St.
Kyrenia North Cyprus
Turkey

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Faris AlBaker
P.O. Box 839
Kawaneej Dubai UAE

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Finnel, Harley Jr. & Jerolyn
401 Crestridge Rd.
Rockwall, TX 75032

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Fleetway Properties
c/o David Rees
24 Old Onondaga Rd. W.
Brantford, Ontario, Canada, N3S-OH4

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|
| | Flower Mound Chamber of Commerce<br>700 Parker Square, Ste. 100<br>Flower Mound, TX 75028 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,054.37 |
|---|---|---|---|
| | Ford Performance<br>Dept CH 41417 FCSD-ICC<br>Palatine, IL 60055-4147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Francis Tran<br>104 Kings Place<br>Newport Beach, CA 92663 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|
| | Frontier<br>P.O. Box 740407<br>Cincinnati, OH 45274-0407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.48 |
|---|---|---|---|
| | GoDaddy<br>2155 E. GoDaddy Way<br>Tempe, AZ 85284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Hans Lampart<br>1873 Brookfield St.<br>Vineland, NJ 08361 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Harris Ford<br>20006 64th Ave. W<br>Lynnwood, WA 98036 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**
Harshil Topiwala
11 Abbots Dr.
Virginia Water, Surrey GU25 4SE

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.54**

**Nonpriority creditor's name and mailing address**
House of Edits
12604 Clarksburg Trail
Keller, TX 76244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
HubSpot
340 King Street E
Toronto, Ontario M5A 1K8

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$55.95**

---

**3.56**

**Nonpriority creditor's name and mailing address**
Ilya Dimov
5-34 9th Sovetskaya St.
Saint Petersburg, Russia

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.57**

**Nonpriority creditor's name and mailing address**
Innovation Refunds
4350 Westown Pkwy, Ste. 300
West Des Moines, IA 50266

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ☑ No ☐ Yes

**$111,181.28**

---

**3.58**

**Nonpriority creditor's name and mailing address**
Jeff Erwin
134 Southwood
Burleson, TX 76028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,250.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
Jennifer Mitchell
6301 Montgomery Dr.
Frisco, TX 75035

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SAFE Note

Is the claim subject to offset? ☑ No ☐ Yes

**$100,000.00**

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**
John Gibson
502 Lakeview Court
Woodstock, GA 30188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.61**

**Nonpriority creditor's name and mailing address**
JRW Western Exposure
c/o Robert Wilson
8354 E. County Rd. 20C
Johnstown, CO 80534

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.62**

**Nonpriority creditor's name and mailing address**
Julia Newman
821 E. Woodglen Dr.
Lewisville, TX 75077

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _SAFE Note_

Is the claim subject to offset? ■ No  ☐ Yes

$100,000.00

---

**3.63**

**Nonpriority creditor's name and mailing address**
Karree Larsen
1 S. Crosshill Lane
Sandy, UT 84092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.64**

**Nonpriority creditor's name and mailing address**
LGC Plumbing Inc.
2612 National Cir, Ste. 100
Garland, TX 75041

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ■ No  ☐ Yes

$3,366.36

---

**3.65**

**Nonpriority creditor's name and mailing address**
Magnit Quick
P.O. Box 534305
Atlanta, GA 30353-4305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

$12.05

---

**3.66**

**Nonpriority creditor's name and mailing address**
Mark Atwill-Morin
7728 Boulevard Gouin Est
Montreal, Quebec, Canada H1E 1B3

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
Mark Reichman
2191 Pheasant Way
Salt Lake City, UT 84121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.68**

**Nonpriority creditor's name and mailing address**
Matthew Martinez
6823 Northwood Lane
Dallas, TX 75225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.69**

**Nonpriority creditor's name and mailing address**
Mich'al Qarajouli
Block 8, Street 8, House 13
Kuwait 32036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.70**

**Nonpriority creditor's name and mailing address**
Michael Blackstone
1503 Burgoyne Rd.
Downingtown, PA 19335

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.71**

**Nonpriority creditor's name and mailing address**
Michael Doyle, PC
6417 Berwyn Dr.
Plano, TX 75093

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

---

**3.72**

**Nonpriority creditor's name and mailing address**
Michael Vera
19049 SW 80 Ct.
Miami, FL 33157

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.73**

**Nonpriority creditor's name and mailing address**
O'Reilly Auto Parts
P.O. Box 9464
Springfield, MO 65801-9464

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Provided

Is the claim subject to offset? ■ No  ☐ Yes

$1,045.90

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,000.39**

PC Bennett Solutions
1910 Firman Dr. #100
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Pierre Ford
11525 Lake City Way NE
Seattle, WA 98125

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$171.96**

Quantum Control Systems Inc.
P.O. Box 833699
Richardson, TX 75083-3699

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Randy Fomby
467 Main Street
Winterville, NC 28590

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$266.57**

Republic Services
P.O. Box 78829
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Rick Gigowski
6500 Sonnet Trail
Plano, TX 75023

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Robert Castro
1314 East Las Olas Blvd., #1111
Fort Lauderdale, FL 33301

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.81**

**Nonpriority creditor's name and mailing address**
Robert Nitsche
143 E. Austin
Laredo, TX 78042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.82**

**Nonpriority creditor's name and mailing address**
Robert Nitsche
143 East Austin
Laredo, TX 78042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _SAFE Note_

Is the claim subject to offset? ☑ No ☐ Yes

$300,000.00

---

**3.83**

**Nonpriority creditor's name and mailing address**
Ryan Hardwick
1686 White Circle
Marietta, GA 30066

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.84**

**Nonpriority creditor's name and mailing address**
Sameer Gandhi
2525 Webster St.
San Francisco, CA 94115

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.85**

**Nonpriority creditor's name and mailing address**
Scheef & Stone, LLP
500 N. Akard St., Ste. 2700
Dallas, TX 75201

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services Provided_

Is the claim subject to offset? ☑ No ☐ Yes

$75,117.33

---

**3.86**

**Nonpriority creditor's name and mailing address**
Scott Needham
15639 7th St.
Phoenix, AZ 85048

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.87**

**Nonpriority creditor's name and mailing address**
Sean Martin
145 Oxford Road
Kenilworth, IL 60043

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**
Sean Sawyer
1716 N. Saint Charles Ave.
Pilot Point, TX 76258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SAFE Note

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
Sergio Flores
11380 Montwood Dr., A10
El Paso, TX 79936

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.90**

**Nonpriority creditor's name and mailing address**
Shannon Ralston
10 Davenport Lane
San Antonio, TX 78257

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.91**

**Nonpriority creditor's name and mailing address**
Shawn Kohli
9252 N. Killbourn Ave.
Skokie, IL 60076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.92**

**Nonpriority creditor's name and mailing address**
Simon Brown
1133 5th Ave., Apt 3
New York, NY 10128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.93**

**Nonpriority creditor's name and mailing address**
Spencer Davis
2833 E. Millcreek Canyon Rd
Salt Lake City, UT 84109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,625.00

---

**3.94**

**Nonpriority creditor's name and mailing address**
Steve Tolonen
6629 Ripley Lane SE
Renton, WA 98056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**
Steven Chamandy
1119 Chermin de la Marquise Nor
Cheneville, Quebec, Canada, J0V1EO

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.96**

**Nonpriority creditor's name and mailing address**
Tarek Elshaarawy
15912 Woodlawn Beach Dr.
Hickory Corners, MI 49060

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.97**

**Nonpriority creditor's name and mailing address**
Tavros Group
c/o Roderick Walker
435 Commercial St., NE
Salem, OR 97301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.98**

**Nonpriority creditor's name and mailing address**
Thomas Horner
2732 Polo Lane
Plano, TX 75093

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.99**

**Nonpriority creditor's name and mailing address**
Thompsons Antique Muscle Cars
c/o Les Thompson
5015 Hillsbourough Ave.
Tampa, FL 33610

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.100**

**Nonpriority creditor's name and mailing address**
Town of Flower Mound
2121 Cross Timbers Rd.
Flower Mound, TX 75028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.101**

**Nonpriority creditor's name and mailing address**
Ultimate Headers
82 Helwig St.
Berea, OH 44017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

Is the claim subject to offset? ■ No  ☐ Yes

$12,000.00

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,721.40

UniFirst
2130 E California Ave.
Oklahoma City, OK 73117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Vahagn Gevorgyan
1770 Golf Club Dr.
Glendale, CA 91206

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Valdimir Spasov
Vasil Stefanov 176, vh G, ap22

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,466.03

VaporWorx
733 Camino Del Sol
Newbury Park, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Victor Mansur
Rua Stefan Marek Neuding 152
Sao Paolo, Brazil 05678-030

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Vintage Point Group
c/o Bruno Silva
14800 SW 136th St.
Miami, FL 33196

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,696.59

VMP Performance
170 South SR 415
New Smyrna Beach, FL 32168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Classic Recreations - Texas, LLC | Case number (if known) | 25-32572 |
|---|---|---|---|
| | Name | | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $122.59 |
|---|---|---|---|
| | WP Engine | ☐ Contingent | |
| | 504 Lavaca St #100 | ☐ Unliquidated | |
| | Austin, TX 78701 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 12,075.49 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,320,858.36 |
| **5c. Total of Parts 1 and 2** | | | |
| Lines 5a + 5b = 5c. | 5c. | $ | 1,332,933.85 |

**Fill in this information to identify the case:**

Debtor name      Classic Recreations - Texas, LLC

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-32572

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest          License | |
| State the term remaining | |
| List the contract number of any government contract | Carroll Shelby Licensing, Inc. 19021 South Figueroa Street Gardena, CA 90248 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | Please see attached Addendum. |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

| Fill in this information to identify the case: |
| --- |

Debtor name    Classic Recreations - Texas, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-32572

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Bryan Stone | | Hancock Whitney Bank | ■ D   2.1 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | Jeffrey Stone | | Hancock Whitney Bank | ■ D   2.1 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | Pohaku Classic, LLC | | Hancock Whitney Bank | ■ D   2.1 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | Raymond Stone | | Hancock Whitney Bank | ■ D   2.1 <br> ☐ E/F ____ <br> ☐ G ____ |