**Fill in this information to identify the case:**

Debtor name: Classic Recreations - Texas, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 25-32572

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | License | Carroll Shelby Licensing, Inc.<br>19021 South Figueroa Street<br>Gardena, CA 90248 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | Please see attached Addendum. |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Lease | UMV-3105 Justin, LLC<br>Northwest Registered Agent, LLC<br>5900 Balcones Dr., Ste. 100<br>Austin, TX 78731 |

# Schedule G - Addendum

## Customer Contract Information

| Customer | Date of Contract | Start Date | Contract Amount | Balance Owed |
|---|---|---|---|---|
| AlBaker | 10/27/2020 | 5/1/2023 | $403,000.00 | $48,426.15 |
| Alphalog | 2/26/2021 | 2/12/2024 | $355,986.00 | $112,619.52 |
| Altinor | 5/10/2010 | 9/2/2021 | $184,500.00 | $40,000.00 |
| Atwill-Morin | 10/12/2021 | 9/30/24 | $238,400.00 | $119,200.00 |
| Bavry | 9/30/2020 | 10/29/2024 | $371,500.00 | $111,300.00 |
| Bayless | 7/7/2021 | Upcoming | $287,400.00 | $143,700.00 |
| Bayless | 7/23/2021 | Unknown | $525,000.00 | $500.00 |
| Bayless | 6/21/2022 | 12/29/21 | $350,000.00 | $245,000.00 |
| Blackstone | 11/16/2020 | 2/27/2025 | $298,000.00 | $149,000.00 |
| Bumstead | 4/4/2023 | 2/25/2024 | $431,550.00 | $62,677.50 |
| Castro, E | 8/26/2022 | Unknown | $357,155.00 | $21,200.00 |
| Castro, R | 8/26/2022 | Unknown | $372,170.00 | $21,200.00 |
| Chamandy | 7/23/2021 | 5/8/2024 | $234,950.00 | $117,475.00 |
| Dimov, I #1 | 3/1/2021 | Unknown | $303,495.00 | $74,998.75 |
| Dimov, I #2 | 3/1/2021 | 10/26/2023 | $328,495.00 | $81,248.75 |
| Domingue | 10/17/2024 | 2/26/2025 | $589,500.00 | $239,500.00 |
| Elshaarawy | 12/7/2020 | Upcoming | $298,000.00 | $149,000.00 |
| Exclusive #1 | 9/18/2020 | Unknown | $317,500.00 | $78,750.00 |
| Exclusive #2 | 9/18/2020 | Unknown | $317,500.00 | $78,750.00 |
| Finnell | 10/21/2021 | Unknown | $233,400.00 | $112,450.00 |
| Flores | 12/6/2021 | 11/18/2021 | $334,400.00 | $119,950.00 |
| Fomby | 1/13/2022 | Unknown | $300,500.00 | $74,775.00 |
| Ford, H | 10/7/2020 | Upcoming | $304,000.00 | $152,000.00 |
| Ford, P | 10/7/2020 | Upcoming | $304,000.00 | $152,000.00 |
| Gandhi | 2/26/2020 | Upcoming | $191,500.00 | $95,750.00 |
| Gevorgyan | 9/25/2020 | N/A | $327,000.00 | $74,875.00 |
| Gibson | 01/28/2022 | N/A | $377,400.00 | $44,350.00 |
| Griffin | 5/31/2024 | 9/2/2024 | $525,000.00 | $157,500.00 |
| Gigowski | 3/14/2022 | Upcoming | $372,500.00 | $186,250.00 |
| Godenzi | 4/13/2021 | Upcoming | $304,500.00 | $144,500.00 |
| Gorman | 12/2/2022 | Unknown | $277,900.00 | $25,290.00 |
| Hardwick | 10/26/2022 | 10/29/2024 | $344,000.00 | $137,600.00 |
| Huff | 11/3/2022 | 3/23/2024 | $337,000.00 | $26,755.00 |
| Illig | 2/3/2023 | 2/12/2024 | $548,050.00 | $46,280.00 |
| Jackson | 9/30/2021 | Upcoming | $290,395.00 | $112,697.50 |
| Kohli | 8/15/2022 | 6/23/2023 | $258,000.00 | $25,550.00 |
| Lampart | 1/5/2022 | UNK | $235,400.00 | $20,200.00 |

| | | | | |
|---|---|---|---|---|
| Larsen | 11/21/2022 | UNK | $1,200,000.00 | $120,000.00 |
| Lugo | 3/1/2013 | Upcoming | $135,000.00 | $71,250.00 |
| Martin | 5/28/2020 | Unk | $234,400.00 | $16,975.00 |
| Martinez | 8/20/2021 | Upcoming | $348,000.00 | $203,800.00 |
| Mansur | 10/6/2023 | 2/12/2024 | $445,600.00 | $41,885.00 |
| McPherson | 3/25/2021 | Upcoming | $221,900.00 | $110,950.00 |
| Needham | 3/22/2024 | Unknown | $545,500.00 | $110,600.00 |
| Nitsche | 8/26/2021 | 12/9/2024 | $220,400.00 | $110,200.00 |
| Olson | 1/14/2022 | Upcoming | $286,750.00 | $141,750.00 |
| Qarajouli | 10/22/2008 | Unknown | $97,000.00 | $0.00 |
| Ralston | 8/31/2023 | 1/27/2023 | $484,300.00 | $145,290.00 |
| Rees | 7/24/2023 | 1/27/2023 | $527,750.00 | $51,550.00 |
| Reichman | 2/12/2021 | Upcoming | $298,000.00 | $150,000.00 |
| Robinson | 1/12/2023 | 3/23/2024 | $429,500.00 | $40,250.00 |
| Spasov | 10/19/2022 | 2/26/2025 | $337,200.00 | $134,800.00 |
| Talley | 10/8/2021 | 5/8/2024 | $255,900.00 | $139,200.00 |
| Thompson | 2/22/2022 | 2/24/2022 | $1,200,000.00 | $300,000.00 |
| Tinker | 12/13/2021 | 5/5/2025 | $300,000.00 | $150,000.00 |
| Tolonen | 1/13/2022 | 9/3/2024 | $247,600.00 | $128,925.00 |
| Topiwala | 11/4/2022 | upcoming | $404,515.00 | $117,163.00 |
| Tran | 5/17/2022 | 7/8/2024 | $292,000.00 | $116,800.00 |
| Vera | 9/30/2021 | 7/14/2020 | $319,400.00 | $76,550.00 |
| Vintage | 3/4/2021 | Unknown | $392,114.00 | $132,030.00 |
| Tavros | 9/17/2024 | Upcoming | $443,500.00 | $354,750.00 |
| Wilson | 9/29/2020 | Upcoming | $298,000.00 | $149,000.00 |
| | | | **TOTAL** | **$6,717,036.17** |