**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re:

|  |  |  |
|---|---|---|
|  | § |  |
|  | § | Case No.: |
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

1. Name: _____
       *Last*      *First*      *MI*

2. Firm Name: _____

3. Address: _____

   _____

   _____

4. Phone: _____  FAX: _____

   Email: _____

5. Name used to sign *all* pleadings: _____

6. Retained by: _____

7. Admitted on _____ and presently a member in good standing of the bar of the highest court of the state of _____ and issued the bar license number of _____ .

8. Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
|---|---|
| Florida (Bar# 0937231) | 12/13/2004 |
| New York (Bar# MK3270) | 01/11/1999 |
| Nevada (Bar#15261) | 10/8/2019 |
| U.S. District Court Middle District of Florida (Bar# 0937231) | 01/04/2005 |
| U.S. District Court Northern District of Florida (Bar# 0937231) | 01/18/2018 |
| U.S. District Court Southern District of Florida (Bar# 0937231) | 04/26/2005 |
| U.S. District Court Eastern District of New York (Bar# MK3270) | 03/21/2000 |
| U.S. District Court Southern District of New York (Bar# MK3270) | 03/21/2000 |
| U.S. District Court Eastern District of Michigan (Fla Bar# 0937231) | 08/14/2003 |
| U.S. Court of Appeals for the Eleventh Circuit (Fla Bar# 0937231) | 02/19/2020 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

 Yes   No

 If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

 Yes   No

 If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

 Yes   No

 If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

 *Date of Application*     *Case No. and Style*

 _____     _____

 _____     _____

 _____     _____

13. Local counsel of record: _____

14. Local counsel's address: _____

 _____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____     _____

Printed Name of Applicant                                              Date


*/s/ Matthew I. Kramer*
_____

Signature of Applicant