**DENTONS US LLP**
Clay M. Taylor
100 Crescent Court, Suite 900
Dallas, TX 75201
Telephone: (214) 647-2496
Email: clay.taylor@dentons.com

-and-

Casey W. Doherty, Jr.
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone: (713) 658-4600
Email: casey.doherty@dentons.com

*Attorneys for Creditor Karree Larsen*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CLASSIC RECREATIONS – TEXAS, LLC,[1] | Case No. 25-32572-mvl11 |
| | (Jointly Administered) |
| Debtor. | Subchapter V |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Creditor Karree Larsen ("**Ms. Larsen**") hereby appears in the above-captioned case by and through her counsel Dentons US LLP, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that copies of all notices given or required to be given in this case or any related adversary

---

[1] The Debtor in this chapter 11 subchapter V bankruptcy case, along with the last four digits of its federal tax identification number is: Classic Recreations – Texas, LLC (4967). The Debtor's mailing address is: 3151 Justin Road, Flower Mound, Texas 75028.

US_ACTIVE\130820046\V-1

proceedings and copies of all papers served or required to be served in this case or related proceedings be given and served upon:

**DENTONS US LLP**
Clay M. Taylor (Texas Bar No. 24033261)
100 Crescent Court, Suite 900
Dallas, TX 75201
Telephone: (214) 647-2496
Email: clay.taylor@dentons.com

-and-

Casey W. Doherty, Jr. (Texas Bar No. 24078431)
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone: (713) 658-4600
Email: casey.doherty@dentons.com

*Attorneys for Creditor Karree Larsen*

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, filed reports, pleadings, motions, applications, petitions, notices, statements, replies, schedules, proposed plans, disclosure statements, briefs, and any responding papers filed in this case or any related proceedings and that such notice, unless otherwise directed by the Court or Ms. Larsen, be made via email to the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that Ms. Larsen intends that neither this Notice of Appearance nor any other filing or claim shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Northern District of Texas (the "**District Court**"), (2) the right to trial by jury in any proceeding so triable in this case or any other matter, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, remedies, set-offs, or recoupments

to which Ms. Larsen is or may be entitled to assert under agreements, at law, or in equity, with all of the foregoing being expressly preserved. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the Court's service matrix for notice of all contested matters, adversary proceedings, and other proceedings in these cases.

Dated: July 24, 2025
Dallas, Texas

*/s/ Clay M. Taylor*
**DENTONS US LLP**
Clay M. Taylor
100 Crescent Court, Suite 900
Dallas, TX 75201
Telephone: (214) 647-2496
Email: clay.taylor@dentons.com

-and-

Casey W. Doherty, Jr.
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone: (713) 658-4600
Email: casey.doherty@dentons.com

*Attorneys for Creditor Karree Larsen*

## Certificate of Service

      I hereby certify that on July 24, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                      /s/ *Clay M. Taylor*
                                                                      Clay M. Taylor