Jacob Sparks
Texas Bar No. 24066126
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758
Email: Jacob.Sparks@NelsonMullins.com

*Attorneys for Christian Gorman*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CLASSIC RECREATIONS – TEXAS, LLC,[1] | § | Case No. 25-32572-mvl11V |
| | § | |
| *Debtor.* | § | Subchapter V |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the law firm of Nelson Mullins Riley & Scarborough LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Christian Gorman in the above-captioned Chapter 11 case. All documents authorized, permitted, or required by the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, the United States Trustee, any order of the Court, or any applicable law shall be given to and served upon:

> Jacob Sparks
> Nelson Mullins Riley & Scarborough LLP
> 5830 Granite Parkway, Suite 1000
> Plano, Texas 75024
> Telephone: (469) 484-4758
> Facsimile: (469) 828-7217
> Email: Jacob.Sparks@NelsonMullins.com

---

[1] The Debtor in this chapter 11 subchapter V bankruptcy case, along with the last four digits of its federal tax identification number is: Classic Recreations – Texas, LLC (4967). The Debtor's mailing address is: 3151 Justin Road, Flower Mound, Texas 75028.

This request includes, without limitation, all motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearings, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, briefs, requests, or notices, whether formal or informal, whether written or oral, and transmitted or conveyed by any means.

Neither this Notice nor any subsequent motion, objection, response, reply, claim, amendment, supplement, appearance, pleading, or other filing shall be deemed or construed as: (a) a waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) a waiver of the right to trial by jury in any proceeding where such right exists or in any case, controversy, or proceeding related to this Chapter 11 case; (c) a waiver of the right to seek withdrawal of the reference by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (d) a waiver of the right to contest jurisdiction or venue in this Chapter 11 case or any related proceeding; or (e) a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments to which Christian Gorman is or may be entitled, in law or equity, all of which are expressly reserved.

Respectfully,

By: */s/ Jacob Sparks*
**JACOB SPARKS**
Texas Bar No. 24066126
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Tel: (469) 484-4758
Email: Jacob.Sparks@NelsonMullins.com

*Attorneys for Christian Gorman*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system which will send notification of such filing to all parties registered to receive electronic notices.

By: _/s/ Jacob Sparks_
      **JACOB SPARKS**