IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Classic Recreations—Texas, LLC. | § | CASE NO. 25-32572-mv111V |
| | § | |
| *Debtor*. | § | Subchapter V |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND DOCUMENTS**

**TO THE HONORABLE BANKRUPTCY JUDGE:**

NOW COMES Eric Castro and Robert Castro, as secured creditors and parties-in-interest in the above-styled Chapter 11 case, and pursuant to Fed. R. Bankr. P. 2002, 3071(a), and 9010(b), respectfully requests that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served on creditors or parties-in-interest in this case and any case consolidated herewith, be given to and served upon the undersigned at the following address: hereinafter called Movant and makes this its Notice of Appearance, Request for Notices and Documents.

> Sidney H. Scheinberg, Esq.
> State Bar No. 17736620
> Godwin Bowman PC
> 500 N. Akard Street, Suite 1100
> Dallas, TX 75201
> Telephone: (214) 939-4501
> Fax: (214) 527-3116
> Email: SScheinberg@GodwinBowman.com

> Respectfully submitted,
> Godwin Bowman PC

> BY:   /s/ Sidney H. Scheinberg
> SIDNEY H. SCHEINBERG
> 500 N. Akard Street, Suite 1100
> Dallas, TX 75201
> Telephone: (214) 939-4501

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND DOCUMENTS**                                                                                     Page 1
3581033 v1-99999/1375 DOCX

        Fax: (214) 527-3116
        Email: SScheinberg@GodwinLaw.com
Attorneys for Movant

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above and foregoing Notice has been served on each of the following parties of interest on July 25, 2025, by either electronic notification or by placing same in the United States Mail, postage prepaid, as follows:

*Debtor's attorney*
Jacob Sparks
Nelson Mullins Riley & Scarborough, LLP
5830 Granite Parkway, Suite 1000
Plano, TX 75024

*Debtor*
Christian Gorman
Classic Recreations—Texas, LLC
Federal Tax ID: 4967
3151 Justin Road,
Flower Mound, TX 75038

*U.S. Trustee*
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

     /s/ Sidney H. Scheinberg
**SIDNEY H. SCHEINBERG**