Mark Ralston
Fishman Jackson PLLC
4835 LBJ Freeway, Suite 475
Dallas, TX 75244
Telephone: 972-419-5544
Facsimile: 972-419-5501
E-mail: mralston@fishmanjackson.com

ATTORNEYS FOR MR. VICTOR MANSUR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| CLASSIC RECREATION—TEXAS, LLC, | § § | CASE NO. 25-32572-MVL |
| DEBTOR. | § § | SUBCHAPTER V |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that Mr. Victor Mansur ("**Mansur**") has engaged Fishman Jackson PLLC, to represent him in the above-styled and captioned bankruptcy case (the "**Bankruptcy Case**"). Mansur, by this *Notice of Appearance and Request for Service of Notices and Other Documents*, hereby requests that he be given proper notice of any actions taken in this Bankruptcy Case through counsel, either electronically and/or at the following address:

**Mark H. Ralston**
Fishman Jackson PLLC
4835 LBJ Freeway, Suite 475
Dallas, TX 75244
Telephone: (972) 419-5544
E-mail: mralston@fishmanjackson.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Bankruptcy Rules, this request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions,

applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex or otherwise.

FURTHER, this Notice of Appearance is not intended to be, and shall not constitute a consent by Mansur to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of Mansur's (i) right to have final orders in non-core matters entered only after de nova review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Mansur is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Mansur expressly reserves.

Dated: July 29, 2025.

                                                Respectfully submitted,

                                                /s/ *Mark H. Ralston*
                                                Mark H. Ralston
                                                State Bar No. 16489460
                                                Fishman Jackson PLLC
                                                4835 LBJ Freeway, Suite 475
                                                Dallas, Texas 75244
                                                Telephone: (972) 419-5544
                                                Facsimile: (972) 419-5501
                                                E-mail: mralston@fishmanjackson.com

                                                COUNSEL FOR MR. VICTOR MANSUR
                                                UNIVERSITY AND THE PUDUE
                                                RESEARCH FOUNDATION

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 29, 2025, I caused to be served a true and correct copy of the foregoing document by the court ECF filing system on all parties who have entered their appearance electronically.

                                                /s/ *Mark Ralston*
                                                Mark Ralston