Julie Anne Parsons
State Bar Number 00790358
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
Attorneys for The County of Denton, Texas

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-32572-MVL |
| CLASSIC RECREATIONS - TEXAS, LLC | |
| DEBTOR | CHAPTER 7 |

**NOTICE OF WITHDRAWAL OF CLAIM #1-1**
**BY THE COUNTY OF DENTON, TEXAS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

The County of Denton, Texas hereby notifies the Court and all other parties that it withdraws its claim #1-1 filed July 10, 2025, amount $1,470.62. The underlying taxes have been paid.

Dated: May 5, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Denton, Texas

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Withdrawal of Claim to Thomas Daniel Berghman, Munsch Hardt Kopf & Harr PC, 500 N Akard Street, Suite 3800, Dallas, Texas 75201-6659; Keith M. Aurzada, Emily A. Chang, Reed Smith LLP, 2850 N Harwood St Ste 1500, Dallas, Texas 75201-2617; Scott Seidel, 6505 W Park Blvd Ste 306, Plano, Texas 75093-6212, U.S. Trustee, 1100 Commerce Room 976, Dallas, TX 75202, and to those other parties listed on the Court's Notice of Electronic Filing on May 5, 2026, by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons